## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES            *

                            *

      v.                  *       CRIM. NO.   20-660

                            *

CLARENCE GAFFNEY       *

                            *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Standing Order 2020-06, this Court finds:

[X] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[X] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

     [ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

     [ ] Other:

Date: January 19, 2021

*s/Susan D. Wigenton*
_____
Hon. Susan D. Wigenton
United States District Judge